JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THEODORE MARTINEZ,<br><br>Petitioner,<br><br>vs.<br><br>MAURICE JUNIOUS, Warden,<br><br>Respondent. | Case No. EDCV 10-465-VAP (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _June 30, 2011_____

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1